# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Daniel L Hall Sr      # 49996

_____      _____

_____      _____

_____      _____

*(Enter above the full name of the plaintiff*      *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**          **CIVIL ACTION NO.** 2:14-cv-11644
                *(Number to be assigned by Court)*

Co. Justin Crook

Warden David Ballard

_____

_____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

FILED

MAR - 5 2014

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## **COMPLAINT**

**I.**    **Previous Lawsuits**

        **A.**    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

                Yes       No ☒

1

B.   If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.   Parties to this previous lawsuit:

Plaintiffs:  _____

_____

_____

Defendants:  _____

_____

_____

2.   Court (if federal court, name the district; if state court, name the county);

_____

_____

3.   Docket Number:  _____

4.   Name of judge to whom case was assigned:

_____

5.   Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

_____

_____

6.   Approximate date of filing lawsuit:  _____

7.   Approximate date of disposition:  _____

2

II.  **Place of Present Confinement:** _MOCC 1 mountainside way Mt Olive WV 25185_

A.  Is there a prisoner grievance procedure in this institution?

Yes __X__          No _____

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _____          No __X__

C.  If you answer is YES:

1.  What steps did you take? _____

_____

2.  What was the result? _____

_____

D.  If your answer is NO, explain why not: _I spoke Directly to_

_MOCC Investigators And GAve Recorded Statement,_ ~~_____~~

III.  **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff: _Daniel L Hall_

Address: _MOCC 1 mountainside way Mt Olive WV 25185    Q1 525_

B.  Additional Plaintiff(s) and Address(es): _____

_____

_____ None _____

_____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: _C/O, Justin Crook_____

is employed as: _Correctional Officer_____

at _Mount Olive Correctional Complex_____

D.   Additional defendants: _____

_Warden David Ballard_____

_____

_____

## IV.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*This IS All on Camera*

On Feb 8, 2014 *Apx. 1pm* Co Crook Came to my Cell door, I Approached the Door, He Then Stated "Show me your Dick, And I'll let You have A TV" I turned And walked Away, He Then Knocked on my window And Stated "Hello I'm Talking to you" Then Proceeded on down the Teir, I Spoke Directly to M.O.C.C Investigator Dixon About this matter And Gave A Tape Recorded Statement, Now MR Crook is Being left on the Unit where he has Access to my

4

IV.    **Statement of Claim (continued):**

Mail, Food, Other Inmates have told me that he has Spoken to them out of Retaliation And Accused me of Being A Confidential Informant for MDOC In An Attempt to Get me hurt or Killed Another Inmate told me that This Same CO Sexually Assaulted Another Inmate in Q2 Housing unit, About A Year Ago, And Administration "Whitewashed" his Sexual misconduct, Even though The Complaint was made, He is Not Being Kept Away From me

V.    **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

I was Abused As A Child, And The Actions of this Man who Basically Controls Every Aspect of my life has Caused me Extreme Emotional Stress, I am Asking the Court To Restrain MR Crook From any Contact with me, And to Grant me A Judgement of $10,000 in Return for my undue Stress Caused By this Incident By A man who has Control over my life Due to his Position as A Correctional Officer.

V.     **Relief (continued)):**

_____

_____

_____

_____

_____

VII.   **Counsel**

A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____ None At This Time _____

B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____          No **X** ~~~~~~~~~~~~~~~

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: I was Attempting to Resolve the matter In house first, Then if unsuccessful move on to a Lawsuit

C.   Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No **X**

6

If so, state the lawyer's name and address:

_____

_____

Signed this ~~___~~ 3rd day of _____March_____, 20 _2014_.


_____

_____

_____

D L Hall SR
**Signature of Plaintiff or Plaintiffs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3/3/14_____.
                                  (Date)


D L Hall SR
**Signature of Movant/Plaintiff**


_____
**Signature of Attorney**
**(if any)**

7